BEFORE THE THIRD DIVISION, FEBRUARY 13, 1958

**No. 61559.**—K. Kalustyan Orient Expert Trading Corp. v. United States, protest 303908–K (New York).

Opinion by DONLON, J. On motion of defendant, the protest was dismissed for lack of prosecution and nonappearance.

FEBRUARY 10, 1958

**No. 61560.**—T. H. Gonzalez v. United States, protest 287178–K.—
C. D. 1949.
Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, FEBRUARY 18, 1958

**No. 61561.**—Wheeler & Miller v. United States, protest 294172–K (San Francisco).

Opinion by OLIVER, C. J. When the protest was called for trial, it was agreed that the merchandise in question is properly dutiable, as claimed. The protest was, therefore, sustained.